1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   BENJAMIN A. GERSON, NY Bar # 5505144
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    JEFFERY LEE HUGHES

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.  6:19-mj-00084 JDP

12              Plaintiff,                 STIPULATION AND ORDER DIRECTING
                                           U.S. PRETRIAL SERVICES TO PROVIDE
13  vs.                                    DEFENSE AND PROSECUTION WITH
                                           TREATMENT RECORDS
14  JEFFERY LEE HUGHES

15              Defendant.

16

17        The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18  counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19  defendant, Jeffery Lee Hughes, hereby stipulate and jointly move the court for an order directing

20  U.S. Pretrial services to provide the government and the defense copies of Mr. Hughes' treatment

21  records.

22        As a condition of his release, Mr. Hughes was directed to residential treatment at WestCare

23  in Fresno, California.  Since graduating from that program, Mr. Hughes has also been referred to

24  behavioral health counseling in Oakhurst, CA by U.S. Pretrial services.  The parties request copies

25  of Mr. Hughes' records, to the extent they are within U.S. Pretrial service's possession, for the

26  purpose of reaching a settlement in the instant case.

27        The parties understand these records are protected and will not be used for any

28  unauthorized purposes.  Additionally, the records will not be disseminated by the parties to any

1   unauthorized persons. The government and pretrial do not object.

2

3                                          Respectfully submitted,

4                                          McGREGOR SCOTT
                                           United States Attorney
5

6   Dated:  September 8, 2020               */s/ Sean Anderson*
                                           Sean Anderson
7                                          Acting Legal Officer
                                           National Park Service
8                                          Yosemite National Park

9

10  Dated:  September 8, 2020              HEATHER E. WILLIAMS
                                          Federal Defender
11

12                                         */s/  Benjamin A. Gerson*
                                          BENJAMIN A. GERSON
13                                         Assistant Federal Defender
                                          Attorney for Defendant
14                                         JEFFERY LEE HUGHES

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

      Good cause appearing, the treatment records in the possession of U.S. Pretrial services

3

are to be provided to the government and defense in case No. 6:19-mj-00084-JDP.

4

5

IT IS SO ORDERED.

6

7

Dated:    September 9, 2020                                                         

UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28