# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY LEE HUGHES,<br><br>Defendant. | Case No. 6:19-mj-0084-HBK<br><br>ORDER GRANTING PETITION TO REMIT AND TERMINATE PROBATION<br><br>(Doc. No. 15) |

Pending before the Court is the parties Joint Motion to Modify and Terminate Probation filed July 26, 2021. (Doc. No. 15). The parties petition the Court to remit the unpaid portion of Defendant's fine and terminate Defendant's probation. (*Id.*). On September 16, 2020, Defendant was sentenced to 12 months of unsupervised probation and assessed a $400.00 fine, *inter alia*. (Doc. No. 14). To date, Defendant paid $120.00 toward the fine but otherwise has complied with his other terms of his probation. Defendant remains indigent.

Accordingly, it is **ORDERED**:

1. The Joint Motion to Modify and Terminate Probation (Doc. No. 15) is GRANTED.

2. Pursuant to 18 U.S.C. § 3573(1), in the furtherance of justice, the Court remits $280.00 of the $400.00 fine.

3. Pursuant to 18 U.S.C. § 3564(c), the Court terminates Defendant's probation and discharges Defendant effective the date of this Order.

4. The August 4, 2021 Review Hearing is vacated.

Dated:  July 26, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE